1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Facsimile:   (415) 436-7234
7      E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )      No. CR 10-0348 MHP
                                     )
14          Plaintiff,               )
                                     )      [PROPOSED] ORDER EXCLUDING
15  v.                               )      TIME FROM JUNE 28, 2010 TO
                                     )      JULY 19, 2010
16  CARLOS ASPRILLA,                 )
                                     )
17          Defendant.               )
    _____ )

18

19       The parties appeared before the Honorable Marilyn Hall Patel on June 28, 2010 for the

20  parties' initial appearance before the district court.  With the agreement of counsel for both

21  parties and the defendant, the Court found and held as follows:

22       1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

23  § 3161, from June 28, 2010 to July 19, 2010.  Failure to grant the requested continuance would

24  unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

25  into account the exercise of due diligence and the need for defense counsel to conduct certain

26  investigative tasks.

27       2.  Given these circumstances, the Court found that the ends of justice served by

28  excluding the period from June 28, 2010 to July 19, 2010, outweigh the best interest of the public

ORDER EXCLUDING TIME
CR 10-0348 MHP

1    and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.

2    § 3161(h)(7)(A).

3            3.   Accordingly, and with the consent of the defendant, the Court ordered that the period

4    from June 28, 2010 to July 19, 2010, be excluded from Speedy Trial Act calculations under 18

5    U.S.C. § 3161(h)(7)(A) & (B)(iv).

6

7            IT IS SO STIPULATED.

8

9    DATED: June 29, 2010                          _____/s/_____

10                                                 DEBORAH LEVINE
                                                   Counsel for Carlos Asprilla

11

12   DATED: June 29, 2010                          _____/s/_____

13                                                 BRIAN C. LEWIS
                                                   Assistant United States Attorney

14

15           IT IS SO ORDERED.

16

17

18   DATED:  July 1, 2010

19                                                 MAR
                                                   United

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
CR 10-0348 MHP                        -2-