JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0348 MHP |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM JULY 19, 2010 TO SEPTEMBER 13, 2010 |
| CARLOS ASPRILLA, | ) | |
| Defendant. | ) | |

     The parties appeared before the Honorable Marilyn Hall Patel on June 28, 2010 for the parties' initial appearance before the district court.  At that time, the parties set the matter over for a further status to be held on July 19, 2010.  However, defense counsel has not yet completed her  necessary investigation in this case.  Further, because of personal and professional commitments, defense counsel will be not available until September 13, 2010 for a status hearing.  As such, with the agreement of counsel for both parties and the defendant, the Court now finds as follows:

     1.  The July 19, 2010 status hearing is rescheduled to September 13, 2010.

     2.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 19, 2010 to September 13, 2010.  Failure to grant the requested continuance

ORDER EXCLUDING TIME
CR 10-0348 MHP

would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to conduct necessary investigative tasks.

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 19, 2010 to September 13, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 19, 2010 to September 13, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 15, 2010            /s/
                                DEBORAH LEVINE
                                Counsel for Carlos Asprilla

DATED: July 15, 2010            /s/
                                BRIAN C. LEWIS
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7/16/2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
CR 10-0348 MHP                            -2-