MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0348 MHP |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OCTOBER 4, 2010 TO NOVEMBER 1, 2010 |
| CARLOS ASPRILLA, | |
| Defendant. | |

     The parties appeared before the Honorable Marilyn Hall Patel on October 4, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 4, 2010 to November 1, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to conduct necessary investigative tasks.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from October 4, 2010 to November 1, 2010, outweigh the best interest of

ORDER EXCLUDING TIME
CR 10-0348 MHP

1  the public and the defendant in a speedy trial and filing of an indictment or information. 18
2  U.S.C. § 3161(h)(7)(A).
3     3. Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from October 4, 2010 to November 1, 2010, be excluded from Speedy Trial Act calculations
5  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

7     IT IS SO STIPULATED.

9  DATED: October 4, 2010                    /s/
                                             DEBORAH LEVINE
10                                           Counsel for Carlos Asprilla

12 DATED: October 4, 2010                    /s/
                                             BRIAN C. LEWIS
13                                           Assistant United States Attorney

15    IT IS SO ORDERED.

18 DATED: _10/6/2010_

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER EXCLUDING TIME
CR 10-0348 MHP                              -2-