MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0348 MHP |
| Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 1, 2010 TO NOVEMBER 15, 2010 |
| CARLOS ASPRILLA, ) | |
| Defendant. ) | |

     The parties appeared before the Honorable Marilyn Hall Patel on November 1, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 1, 2010 to November 15, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to prepare a motion to suppress.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 1, 2010 to November 15, 2010, outweigh the best interest

ORDER EXCLUDING TIME
CR 10-0348 MHP

1  of the public and the defendant in a speedy trial and filing of an indictment or information. 18
2  U.S.C. § 3161(h)(7)(A).
3       3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from November 1, 2010 to November 15, 2010, be excluded from Speedy Trial Act calculations
5  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

7       IT IS SO STIPULATED.

9  DATED: November 1, 2010                   /s/
                                              DEBORAH LEVINE
10                                            Counsel for Carlos Asprilla

12 DATED: November 1, 2010                   /s/
                                              BRIAN C. LEWIS
13                                            Assistant United States Attorney

15      IT IS SO ORDERED.

18 DATED: 11/2/2010

                                  IT IS SO ORDERED
                                  [signature]
                                  Judge Marilyn H. Patel
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
CR 10-0348 MHP                              -2-