DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for CARLOS ASPRILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR-10-00348 MHP |
| Plaintiff,      ) | STIPULATION AND [PROPOSED] ORDER FOR FILING DECLARATION |
| v.      ) | |
| CARLOS ASPRILLA,      ) | |
| Defendant.      ) | |

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties to this action, that the defendant be permitted to file any declarations in support of his motion to suppress and for discovery by December 20, 2010. The court had ordered this (these) declaration(s) be filed by December 13, 2010. An additional week is needed by the defendant for completion of defense investigation.

For the foregoing reasons, the parties stipulate and agree that the ends of justice are served by the one week continuance requested.


Dated: 12/10/10             /s/ Brian Lewis
                            BRIAN C. LEWIS
                            Assistant United States Attorney


Dated: 12/10/10             /s/ Deborah Levine
                            DEBORAH G. LEVINE
                            Attorney for Defendant Carlos Asprilla

ORDER

STIPULATION AND ORDER
CR-10-00348 MHP

1
2   Based on the reasons provided in the stipulation of the parties above, the Court hereby finds
3   that the ends of justice are served by granting of the requested continuance. Therefore, IT IS
4   HEREBY ORDERED THAT the due date for filing declaration(s) by defendant be December 20, 2010.
5
6
7
8   IT IS SO ORDERED.



9
10  Dated: 1/3/2011         _____
                            HONORABLE MARILYN HALL PATEL
                            United States District Judge

STIPULATION AND ORDER
CR-10-00348 MHP