MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0348 MHP |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 15, 2010 TO JANUARY 10, 2011 |
| CARLOS ASPRILLA, | |
| Defendant. | |

The parties appeared before the Honorable Marilyn Hall Patel on November 29, 2010 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 15, 2010 to January 10, 2011.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to supplement her motion to suppress.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 15, 2010 to January 10, 2011, outweigh the best interest of

1  the public and the defendant in a speedy trial and filing of an indictment or information. 18
2  U.S.C. § 3161(h)(7)(A).
3      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from November 15, 2010 to January 10, 2011, be excluded from Speedy Trial Act calculations
5  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  In addition, the Court held that time is properly
6  excluded during the pendency of the defendant's motion to suppress.  *See* 18 U.S.C.
7  § 3161(h)(1)(D).

9      IT IS SO STIPULATED.

11 DATED: November 29, 2010         /s/
                                    DEBORAH LEVINE
12                                  Counsel for Carlos Asprilla

14 DATED: November 29, 2010         /s/
                                    BRIAN C. LEWIS
15                                  Assistant United States Attorney

17     IT IS SO ORDERED.

20 DATED: 1/3/2011

                                    IT IS SO ORDERED
                                    Judge Marilyn H. Patel

ORDER EXCLUDING TIME
CR 10-0348 MHP                         -2-