MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0348 MHP |
| Plaintiff, ) ) | |
| v. ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 28, 2011 TO MARCH 14, 2011 |
| CARLOS ASPRILLA, ) ) | |
| Defendant. ) ) | |

    The parties appeared before the Honorable Marilyn Hall Patel on February 28, 2011 for a status conference.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 28, 2011 to March 14, 2011.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to conduct legal research related to possibly appealing the denial of the defense motion to suppress evidence.

    2.  Given these circumstances, the Court found that the ends of justice served by

ORDER EXCLUDING TIME
CR 10-0348 MHP

excluding the period from February 28, 2011 to March 14, 2011, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 28, 2011 to March 14, 2011, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). In addition, the Court held that time is properly excluded during the pendency of the defendant's motion to suppress. *See* 18 U.S.C. § 3161(h)(1)(D).

IT IS SO STIPULATED.

DATED: February 28, 2011        /s/
DEBORAH LEVINE
Counsel for Carlos Asprilla

DATED: February 28, 2011        /s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: __3/3/2011___

MARILYN H. PATEL
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]

ORDER EXCLUDING TIME
CR 10-0348 MHP                                    -2-